**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
|             Plaintiff, | ) 08-04069MP-001-PCT-MEA |
| vs. | ) **ORDER** |
| Mario Davis Paddock, | ) |
|             Defendant. | ) |

The defendant appeared in court and admitted to violating the conditions of his probation as alleged in the Petition to Revoke Unsupervised Probation.

IT IS ORDERED terminating the defendant's unsupervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SIXTY (60) DAYS,** with credit for time served. The Court recommends defendant's incarceration be served at the Coconino County Jail.

DATED this 25th day of September, 2008.

_Mark E. Aspey_
Mark E. Aspey
United States Magistrate Judge